ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ROLAND ADAMS, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 307-076 |
| WALT WELLS, Warden, | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the above-captioned petition filed pursuant to 28 U.S.C. § 2241 is **DISMISSED**.

SO ORDERED this ___ day of January, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE